# Court of Appeals
# of the State of Georgia

ATLANTA, __November 21, 2025__

*The Court of Appeals hereby passes the following order:*

**A26E0092. HAILEY MARIE AMEREIN v. THE SUPERIOR COURT OF FORSYTH COUNTY.**

Hailey Marie Amerein has filed an emergency petition for mandamus relief, asking this Court to (1) issue a writ of prohibition restraining the Forsyth County Superior Court from enforcing its orders, (2) order an immediate review of the underlying case record, (3) vacate or stay any custody orders, and (4) restore custody of her children to her. The petition for mandamus appears to relate to Amerein's appeal of her criminal conviction for interference with custody, which was docketed in this Court on November 20, 2025. See *Amerein v. State*, Case No. A26A0860. As a part of her criminal conviction currently on appeal, Amerein is allowed only supervised visitation with her children.

"In the exercise of its power under Ga. Const. Art. VI, Sec. I, Par. IV this Court may issue process in the nature of mandamus to the trial court as may be necessary in aid of its jurisdiction or to protect or effectuate its judgments." Ga. Ct. App. R. 40(c). Here, the relief requested by Amerein goes far beyond that which "may be necessary" for this Court "in aid of its jurisdiction or to protect or effectuate its judgments." See id. Accordingly, this petition for mandamus is hereby DENIED. However, we

note that Amerein's appeal in Case No. A26A0860 will allow this Court, with the benefit of the full record, to consider whether Amerein is entitled to any of the relief she claims in that appeal.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   11/21/2025          *

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*